# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

# FORM 10-K

(Mark One)

☑ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the fiscal year ended September 25, 2011

OR

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from _____ to _____.

Commission file number 0-19528

# QUALCOMM Incorporated
(Exact name of registrant as specified in its charter)

| | |
|---|---|
| Delaware | 95-3685934 |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| 5775 Morehouse Drive San Diego, California | 92121-1714 |
| (Address of principal executive offices) | (Zip Code) |

Registrant's telephone number, including area code: (858) 587-1121

Securities registered pursuant to section 12(b) of the Act:

| Title of Each Class | Name of Each Exchange on Which Registered |
|---|---|
| Common stock, $0.0001 par value | NASDAQ Stock Market LLC |

Securities registered pursuant to Section 12(g) of the Act:

None

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.
YES ☑   NO ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.   YES ☐   NO ☑

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the

Case 3:12-cv-00080-IEG-WVG   Document 7-2   Filed 01/20/12   PageID.69   Page 2 of 4

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF CALIFORNIA

In re Application of Samsung Electronics Co., Ltd.

Foreign Proceedings, as defined in Attachment A.
(Subpoena pursuant to 28 U.S.C. § 1782)

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To:
Qualcomm Inc., 5775 Morehouse Drive, San Diego, CA 92121

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:
See Attachment "A"

| Place: | Date and Time: |
|---|---|
| First Legal Support<br>1111 6th Ave., # 204<br>San Diego, California 92101 | |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: _____

*CLERK OF COURT*

OR

_____          _____
*Signature of Clerk or Deputy Clerk*          *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____
Samsung Electronics Co., Ltd._____, who issues or requests this subpoena, are:
Dylan Ruga, Esq., Steptoe & Johnson LLP, 2121 Avenue of the Stars # 2800,
Los Angeles, California 90067; (310) 734-3228; druga@steptoe.com



# ATTACHMENT "A"
## DEFINITIONS AND INSTRUCTIONS

1. "QUALCOMM," "YOU," or "YOUR" means Qualcomm Inc. and each predecessor, successor, division, subsidiary, parent or related company thereof, whether or not organized under the laws of the United States.

2. The term "APPLE" means, collectively, the following: Apple Inc.; Apple GmbH; Apple Retail Germany GmbH; Apple, Japan Inc.; Apple Sales International; Apple Holding B.V.; Apple Benelux B.V.; Apple Netherlands B.V.; Apple Retail Netherlands B.V.; Apple Korea Ltd.; Apple France; Apple Retail France; Apple Italia s.r.l.; Apple Retail UK Limited; and Apple Pty Ltd.

3. The terms "DOCUMENT" or "DOCUMENTS" mean any recorded communication, representation or writing as defined by the Federal Rules of Evidence and the Federal Rules of Civil Procedure. It specifically includes, but is not limited to, any and all memoranda, letters, notes, telegrams, publications, contracts, records, papers, books, recordings on tape, magnetic discs, wire or drums, checks, computer files, **electronic mail**, drafts, money orders, worksheets, working papers, notebooks, diaries, calendars, graphs, charts, screenplays, treatments, business records of all kinds, and similar writings, whether or not in YOUR possession or under YOUR control, no matter how prepared, or by whom, which relate to or pertain in any manner to the subject matter of the request, and all drafts or copies (including non-identical copies) prepared in connection with such DOCUMENTS, whether used or not.

4. "COMMUNICATION" means and refers to any transmission of information, in any form, via any medium, including, without limitation, documents incorporating, summarizing or describing the contents of the transmission, meetings and discussions, telephone conversations, electronic communications, telegraphic communications, or any document containing a recording, transcription, summary or description or identifying the time, place, subject matter, medium of transmission and/or participants in the transmission.

## DOCUMENTS TO BE PRODUCED

1. All DOCUMENTS that refer, reflect or relate to agreements pursuant to which QUALCOMM supplies or supplied "Qualcomm MDM6610" chipsets to any person or entity.

2. All DOCUMENTS (including but not limited to COMMUNICATIONS) that evidence, reflect, or refer to the use by APPLE of QUALCOMM chipsets in iPhones or iPads.

3. All DOCUMENTS that refer, reflect or relate to the "ETSI 3GPP Technical Specification (section 9.2.2.5 and 9.2.2.8 of TS 25.322 V6.9.0)" portion of source code embodied in the "Qualcomm MDM6610" chipset, including but not limited to the source code itself.