1
2
3
4
5
6
7
8
9
10
11
12

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re* Ex Parte Application of<br><br>SAMSUNG ELECTRONICS CO., LTD.<br><br>Applicant,<br><br>For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery from Qualcomm Inc. for Use in Foreign Proceedings. | Case No. 12-cv-80-IEG-WMC<br><br>**ORDER GRANTING SAMSUNG ELECTRONICS CO., LTD.'S FIRST AMENDED EX PARTE APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 GRANTING LEAVE TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS** |

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| 1 | This matter comes before the Court on the First Amended Ex Parte |
| 2 | Application of Samsung Electronics Co. Ltd. ("Samsung") for an Order Pursuant |
| 3 | to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign |
| 4 | Proceedings (the "Application").  The Application seeks documents from |
| 5 | Qualcomm Inc. ("Qualcomm") in connection with patent litigation pending |
| 6 | between Samsung and Apple, Inc. and its affiliated companies (collectively, |
| 7 | "Apple") in Germany, Japan, the Netherlands, South Korea, France, Italy, the |
| 8 | United Kingdom, and Australia.  Apple was served with a copy of the Application |
| 9 | but has not opposed it. |
| 10 | The Court has fully considered the papers on file.  Samsung's application |
| 11 | satisfies the three statutory requirements under § 1782.  The Application is filed in |
| 12 | the "district in which [the] person resides," it seeks discovery "for use in a |
| 13 | proceeding in a foreign ... tribunal," and Samsung is an "interested person[] in the |
| 14 | foreign proceeding."  Furthermore, Samsung has satisfied the four factors |
| 15 | identified by the Supreme Court to guide courts' discretion in analyzing |
| 16 | applications under §1782.  <u>Intel Corp. v. Advanced Micro Devices, Inc.</u>, 542 U.S. |
| 17 | 241, 256 (2004).  Qualcomm is not a participant in the foreign proceedings, and § |
| 18 | 1782 provides an effective and streamlined mechanism for obtaining the discovery |
| 19 | for use across the various foreign cases. Case law demonstrates the foreign |
| 20 | jurisdictions at issue are receptive to the type of discovery sought by Samsung, and |
| 21 | there is nothing to indicate the request is made to circumvent limitations on |
| 22 | discovery imposed by those foreign courts. Finally, the subpoena appears narrowly |
| 23 | tailored such that the documents sought would be relevant to the claims and |
| 24 | defenses asserted by the parties in the foreign courts and compliance would not be |
| 25 | unduly intrusive or burdensome. |
| 26 | There is nothing at this point that leads the Court to believe Samsung's |
| 27 | request is a "fishing expedition" or intended to be a vehicle for harassment. |
| 28 | Therefore, the Court GRANTS Samsung's application. |

1     **IT IS HEREBY ORDERED** that Samsung is granted leave to issue a
2 subpoena for documents in substantially the form as attached as Exhibit 2 to the
3 Amended Declaration of Dylan Ruga filed in support of the Application, directing
4 Qualcomm to produce the documents requested in the subpoena at the offices of
5 First Legal Support, 1111 6th Ave. # 204, San Diego, California 92101, or another
6 location mutually agreeable to Samsung and Qualcomm.

7     It is further **ORDERED** that copies of the Application and Memorandum in
8 Support thereof and this Order shall be served upon Qualcomm Inc., 5775
9 Morehouse Drive, San Diego, CA 92121.

10     This order is made without prejudice to any motion to quash by Qualcomm.
11 Any motion seeking such relief shall be filed under this case number.

12     **IT IS SO ORDERED**.

Dated: January 24, 2012

_____
Hon. Irma E. Gonzalez
United States District Judge