1

2

3

4

5

6

7                               UNITED STATES DISTRICT COURT

8                               SOUTHERN DISTRICT OF CALIFORNIA

9

10    IN RE: *EX PARTE* APPLICATION OF          )    No. 12-CV-0080-IEG (WVG)
      SAMSUNG ELECTRONICS CO., LTD,              )
11                                               )    **ORDER GRANTING PLAINTIFF'S**
      Applicant,                                 )    **SECOND *EX PARTE* APPLICATION**
12                                               )    **FOR AN ORDER PURSUANT TO 28**
                       For an Order Pursuant to  )    **U.S.C. § 1782 GRANTING LEAVE TO**
13                     28 U.S.C. § 1782 Granting )    **OBTAIN DISCOVERY FOR USE IN**
                       Leave to Obtain Discovery )    **FOREIGN PROCEEDINGS**
14                     from Qualcomm Inc. for    )
                       Use in Foreign Proceedings. )
15                                               )    [DOC. NO. 20]

16

17          Pending before the Court is Plaintiff Samsung Electronics Co., Ltd.'s ("Plaintiff") Second

18    *Ex Parte* Application ("Application") for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to

19    Obtain Discovery for Use in Foreign Proceedings.  (Doc. No. 20.)  In its Application, Plaintiff seeks

20    documents from non-party Qualcomm, Inc. ("Qualcomm") in connection with patent litigation

21    pending in Japan[1] between Plaintiff and Apple, Inc. ("Apple").  Id. at 3.  For the reasons stated below,

22    Plaintiff's Application is GRANTED.

23          On September 18, 2012, the Court held a telephonic Status Conference to discuss the

24    instant Application with counsel for Plaintiff, Apple, and Qualcomm.  Based on discussions that

25    occurred during the Conference, the Court finds that the information requested is relevant or will lead

26    to the discovery of relevant information.  Apple, the other party in interest in this litigation, has not

27    _____

28    [1]  Plaintiff's Application also requests leave to obtain documents for use in patent litigation pending in
         Australia between Plaintiff and Apple.  (Doc. No. 20 at 3.)  During the Status Conference with the Court,
         Plaintiff's counsel represented that the request for documents to be used in the Australian litigation is moot.
         This statement was met with no opposition from counsel for Apple or Qualcomm.

1    provided a Response in Opposition or an objection, to Plaintiff's Application.  There has been no

2    indication by the parties, or by Qualcomm, that the requested information will be unduly burdensome

3    to produce.  However, the Court does note that Qualcomm still has the opportunity to assert this

4    argument.

5           After review of Plaintiff's Application and discussions with counsel, the Court has found

6    no basis to deny Plaintiff's Application. Therefore, Plaintiff's Second *Ex Parte* Application for Leave

7    to Obtain Discovery for Use in Foreign Proceedings, is hereby GRANTED.

8    IT IS SO ORDERED.

9    DATED:  September 19, 2012

10

11   _____
     Hon. William V. Gallo
12   U.S. Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28