UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: *EX PARTE* APPLICATION OF SAMSUNG ELECTRONICS CO., LTD, <br><br> Applicant, <br><br> For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery from Qualcomm Inc. for Use in Foreign Proceedings. | No. 12-CV-0080-IEG (WVG) <br><br> **ORDER GRANTING PLAINTIFF'S SECOND *EX PARTE* APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 GRANTING LEAVE TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS** <br><br> [DOC. NO. 20] |

Pending before the Court is Plaintiff Samsung Electronics Co., Ltd.'s ("Plaintiff") Second *Ex Parte* Application ("Application") for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings. (Doc. No. 20.) In its Application, Plaintiff seeks documents from non-party Qualcomm, Inc. ("Qualcomm") in connection with patent litigation pending in Japan[1] between Plaintiff and Apple, Inc. ("Apple"). Id. at 3. For the reasons stated below, Plaintiff's Application is GRANTED.

On September 18, 2012, the Court held a telephonic Status Conference to discuss the instant Application with counsel for Plaintiff, Apple, and Qualcomm. Based on discussions that occurred during the Conference, the Court finds that the information requested is relevant or will lead to the discovery of relevant information. Apple, the other party in interest in this litigation, has not

---

[1] Plaintiff's Application also requests leave to obtain documents for use in patent litigation pending in Australia between Plaintiff and Apple. (Doc. No. 20 at 3.) During the Status Conference with the Court, Plaintiff's counsel represented that the request for documents to be used in the Australian litigation is moot. This statement was met with no opposition from counsel for Apple or Qualcomm.

1  provided a Response in Opposition or an objection, to Plaintiff's Application.  There has been no
2  indication by the parties, or by Qualcomm, that the requested information will be unduly burdensome
3  to produce.  However, the Court does note that Qualcomm still has the opportunity to assert this
4  argument.
5       After review of Plaintiff's Application and discussions with counsel, the Court has found
6  no basis to deny Plaintiff's Application. Therefore, Plaintiff's Second *Ex Parte* Application for Leave
7  to Obtain Discovery for Use in Foreign Proceedings, is hereby GRANTED.
8  IT IS SO ORDERED.
9  DATED:  September 19, 2012

Hon. William V. Gallo
U.S. Magistrate Judge